**Hermine Staikoff, Plaintiff-Appellee, v. Illinois Terminal Railroad Company, Defendant-Appellant.**

Term No. 56–F–6.

Fourth District.

February 1, 1956.

Released for publication February 23, 1956.

Kramer, Campbell, Costello & Wiechert, for defendant-appellant; Maurice E. Bone, for plaintiff-appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full.